UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

PAUL E. JEMERIGBE,

        Petitioner,

    v.

UNITED STATES OF AMERICA,

        Respondent.

NO. CR. S-93-251 LKK

O R D E R

For the second time the court has received a petition which is incoherent. The Petition is DENIED.

IT IS SO ORDERED.

DATED: July 5, 2012.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT